UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-003-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| WILLIE JOE MAYES, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 26, 2007. The United States was represented by AUSA Roger Rogoff for Vince Lombardi and the defendant by Paula S. Deutsch for Jay W. Stansell. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 17, 2001 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 60 months custody, 5 years supervised release. (Dkt.18.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, participate in substance abuse treatment

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 and testing, abstain from alcohol, submit to search, and participate in mental health treatment.

02 On August 4, 2005, defendant admitted to violating the conditions of supervised release
03 by using cocaine and marijuana. (Dkt. 28.) Defendant was sentenced to credit for time served,
04 plus one day, with four years supervised release on the original conditions, plus the requirement
05 that defendant participate in the collection of DNA, and successfully complete a treatment
06 program at Thunderbird Recovery Center. (Dkt. 32.)

07 On July 27, 2006, defendant admitted to violating the conditions of supervised release by
08 failing to notify his probation officer of a change in residence, failing to submit written reports, and
09 failing to report for drug testing. (Dkt. 40.) Defendant was sentenced to a term of six months,
10 and two years supervised release. (Dkt. 44.) He was required to reside in a halfway house for up
11 to 120 days, and to participate in inpatient drug treatment.

12 In an application dated July 31, 2007 (Dkt. 45), U.S. Probation Officer Jeffrey S. Robson
13 alleged the following violations of the conditions of supervised release:

14 1. Committing the Crime of Driving While License Suspended, in violation of the
15 general condition that he not commit another federal, state, or local crime.

16 2. Failing to report to the U.S. Probation Office as directed to submit to testing to
17 determine if he has reverted to the use of drugs or alcohol during the months of June and July
18 2007, in violation of special condition #1.

19 Defendant was advised in full as to those charges and as to his constitutional rights.

20 Defendant admitted the alleged violations and waived any evidentiary hearing as to
21 whether they occurred. (Dkt.47.)

22 I therefore recommend the Court find defendant violated his supervised release as alleged,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 26th day of October, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable John C. Coughenour
	AUSA:	Vince Lombardi, Roger Rogoff
	Defendant's attorney:	Jay W. Stansell, Paula S. Deutsch
	Probation officer:	Jeffrey S. Robson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3